```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CR3107 |
| | ) | |
| v. | ) | |
| | ) | |
| JUAN GARCIA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Plaintiff's motion to extend the date by which plaintiff must accomplish its Rule 16 discovery, filing 121, is granted and the deadline is extended to this date, July 14, 2008.

DATED this 14th day of July, 2008.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge