IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3107 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JUAN GARCIA, | ) | |
| | ) | |
| Defendant. | ) | |

On the court's own motion, and to accommodate a change in the court's calendar,

IT IS ORDERED that Defendant Garcia's sentencing is continued to Wednesday, December 17, 2008, at 12:30 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  The defendant shall be present unless excused by the court.

October 30, 2008.              BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge